UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
22-4187-DHH

UNITED STATES OF AMERICA

v.

JAMAL COPELAND

## MEMORANDUM AND ORDER OF DETENTION

June 2, 2022

Hennessy, M.J.

Defendant Jamal Copeland is charged in a criminal complaint with one count of Bank

Robbery, in violation of 18 U.S.C. § 2113. An initial appearance was held on Tuesday, May 24,

2022, the date after Defendant's May 23, 2022 arrest. At the initial appearance, the Court

appointed counsel for Defendant, and the United States moved for detention pursuant to the Bail

Reform Act. The matter was continued to June 1, 2022 and then to June 2, 2022 for a

preliminary hearing and detention hearing.

At the June 2, 2022 hearing, Defendant executed a written waiver of his right to a

preliminary hearing. Based on the written waiver and the Court's colloquy with Defendant, I

find that the waiver is knowing and voluntary, and is accepted by the Court.

At the June 2 hearing, Defendant, through counsel, also assented to a voluntary order of

detention without prejudice to seek release on conditions at a later date.

Accordingly, it is ORDERED that Defendant be DETAINED pending trial, and it is

further ORDERED --

1

(1)     That Defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     That Defendant shall be afforded a reasonable opportunity for private consultation with counsel; and

(3)     That on order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which Defendant is detained and confined deliver Defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to Defendant filing a motion at any time seeking a hearing to consider the issue of pre-trial release whether or not there have been changed circumstances.

 / s / David H. Hennessy
David H. Hennessy
United States Magistrate Judge