UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMALL COPELAND,<br><br>Defendant | ) Criminal No.   22cr10132<br>)<br>) Violation:<br>)<br>) Count One: Bank Robbery<br>) (18 U.S.C. § 2113(a))<br>)<br>) Forfeiture Allegation:<br>) 18 U.S.C. § 981(a)(1)(C) and<br>) 28 U.S.C. § 2461(c) |

INDICTMENT

COUNT ONE
Bank Robbery
(18 U.S.C. § 2113(a))

The Grand Jury charges:

On or about April 27, 2022, in Cambridge, in the District of Massachusetts, the defendant,

JAMALL COPELAND,

did, by force and violence, and by intimidation, take from the person and presence of another,

any money in the amount of $1,455, more or less, belonging to, and in the care, custody, control,

management and possession of, TD Bank, a bank the deposits of which were then insured by the

Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

BANK/POSTAL ROBBERY FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1.    Upon conviction of Bank Robbery, in violation of Title 18, United States Code, Section 2113, set forth in Count One, the defendant,

JAMALL COPELAND,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.  The property to be forfeited includes, but is not limited to, the following asset:

a.   $1,455, to be entered in the form of a forfeiture money judgment.

2.    If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant —

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2

A TRUE BILL

*Yvette Piccitorni*
FOREPERSON

*David G. Tobin*
DAVID G. TOBIN
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: JUNE 2, 2022
Returned into the District Court by the Grand Jurors and filed.

*Dawn M. King*   2:14pm
DEPUTY CLERK

3